# EXHIBIT 1

# EXHIBIT 1


PRINT THIS
Powered by  Clickability

**reviewjournal**.com

Jul. 28, 2010
Copyright © Las Vegas Review-Journal

## Las Vegas home builder indicted in mortgage fraud case

By CARRI GEER THEVENOT
LAS VEGAS REVIEW-JOURNAL

A Las Vegas home builder was indicted Wednesday after federal authorities accused him of arranging to sell his houses at inflated prices as part of a scheme to "kick back" money from mortgage loans to buyers and their associates.

Paul Wagner, owner of Wagner Homes, was one of 123 defendants who were charged, convicted or sentenced in Las Vegas during Operation Stolen Dreams. The nationwide initiative, which began March 1, was a collective enforcement effort aimed at confronting mortgage fraud.

Wagner was the only builder who was prosecuted in Las Vegas as part of Operation Stolen Dreams.

Natalie Collins, a spokeswoman for the U.S. attorney's office, said Wagner previously was charged in a criminal complaint with one count of conspiracy. The federal indictment replaces the complaint.

The indictment charges Wagner with conspiracy, six counts of bank fraud and three counts of wire fraud. Collins said prosecutors also are seeking the forfeiture of $2.7 million.

A summons was issued for Wagner, who is free on his own recognizance. He is scheduled to appear for an arraignment on Aug. 13 before U.S. Magistrate Judge George Foley Jr.

Wagner's attorney, John Momot Jr., could not be reached for comment Wednesday.

According to the indictment, Wagner conspired to commit bank fraud and wire fraud from about 2007 to about 2009.

"It was part of the conspiracy that the defendant, a home builder, arranged to sell his houses at inflated prices in order to fraudulently kick back large amounts of money from the mortgage loan to the buyers and those working with the buyers as incentives for them to buy houses," the indictment alleges.

The conspiracy involved nine Las Vegas houses, according to the document.

Michael Rawlins, a special agent with the FBI, participated in the investigation of Wagner and prepared an affidavit for the criminal complaint. Rawlins wrote the following in his affidavit:

"The investigation has disclosed that from 2005 to 2009 Wagner sold more than 100 homes, and that almost every home is either in foreclosure, or has already been foreclosed upon by the victim lender."

Case 2:10-cv-01601-RCJ-PAL  Document 1-4  Filed 09/17/10  Page 3 of 22

Contact reporter Carri Geer Thevenot at cgeer@reviewjournal.com or 702-384-8710.

**Find this article at:**
http://www.lvrj.com/news/las-vegas-home-builder-indicted-in-mortgage-fraud-case-99512319.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2




> ABOUT US    > REPORT FRAUD    > BLOG    > MEDIA AND NEWS    > ABOUT FRAUD    > CONTACT    > ARTICLES    > LINKS

## About



**Flipping Frenzy.com** is your source for news, information, and commentary on Real Estate and Mortgage Fraud. Click here to learn more.



### Suspect Fraud?



If you believe you have been a victim of real estate or mortgage fraud, **start here!** Select your state from the pulldown menu below:

Select State ▾

## Articles



Our founder, Ralph Roberts, has written many eye-opening articles about Real Estate and Mortgage Fraud. Click here for more information.

## Contact Ralph



If you would like to talk with us about a Real Estate or Mortgage Fraud-related matter, please click here.

    Click Above for Info



## Categories

- Aaron Dare (1)
- ABA journal (1)
- ABACUS Portfolio (1)
- Adjustable Rate Mortgages (11)
- Affinity Fraud (6)
- AGA Capital NY (1)
- Agcapita Partners (1)
- Alabama (9)
- Alaska (1)
- Alberta Securities Commission (1)
- American Home Mortgage Co. (1)
- American Housing Rescue & Foreclosure Prevention A (1)
- American International Group (1)
- American Value Homes (1)
- Americans with Disabilities Act (1)
- Anrew Cuomo (1)
- Appraisal Fraud (30)
- Appraisals (2)
- Arizona (26)
- Arizona Association of Realtors (1)
- Arkansas (1)
- Arrest (38)
- Atlanta Bank Failure (1)
- Atlantic City (1)
- Attorneys (20)
- Attorneys General (9)
- Bait and Switch (2)
- Banc of America Leasing Corporation (1)
- Bank Fraud (18)
- Bank of America (1)
- Bankruptcy Fraud (3)
- Bankruptcy Malpractice (1)
- Barack Obama (3)
- Bean & Whitaker (TBW) (1)
- Bear Stearns (1)
- Bernie Madoff (3)

- Better Choice Investments (1)
- Blackhawk Property Management LLC (1)
- Books (5)
- Bradley Birkenfeld (1)
- Brenda & Terry Edwards (4)
- Brian Destefanis Conspiracy (1)
- Brigham Young University (1)
- BrokerOutpost.com (2)
- Brooklyn (1)
- Brotherly Investment Group (1)
- Builder Bailouts (3)
- Builder Buyouts (1)
- Buy and Bail (1)
- Calgary (1)
- California (87)
- California Department of Real Estate (2)
- California State Bar Association (1)
- Canada (14)
- Capitol Investments USA (1)
- Cash Back at Closing (24)
- Cay Clubs Resorts (17)
- Celebrities in Foreclosure (1)
- Central Alabama Title (1)
- Chase Manhattan (1)
- Chicago (1)
- Chicago Development Planning (CDP) (1)
- Chicago Tribune (2)
- Christopher Warren (2)
- Chunking Scheme (1)
- Churning (2)
- City Hall Corruption (1)
- City Official Corruption (1)
- Civil Rights (1)
- Class Action Law Suit (1)
- Claude & Rosalie Seay (1)
- Club Kalua Strip Club (1)
- Cobalt Capital Funding (1)
- Collateralized Debt Obligations (1)
- Colonial BancGroup (1)
- Colonial Bank (1)
- Colorado (29)
- Columbia Pictures (1)
- Commonsense Mortgage (1)
- Concrete Equities (1)
- Conference (8)
- Connecticut (9)
- Countrywide (22)
- Countrywide Homeowner Bailout (1)
- Craig's List (1)
- Credit Enhancement (7)
- Credit Reports (4)
- CT Mortgage Fraud Task Force (1)
- CU National's Pine Brook (1)
- Dallas Cowboy (1)
- David Piccinini (1)
- Delaware (1)
- Delroy Davy (5)

- Department of Justice (1)
- Deutsche Bank (1)
- Dirk Minnifield (1)
- DOJ (2)
- Dominican Republic (1)
- Doral Title Services (1)
- Dr. Gary Lacefield (2)
- Dream Design (1)
- Dustin LaFavre (1)
- Dwan Bent-Twyford (3)
- Economic Crimes Unit (1)
- Ed Rybczynski (5)
- Education (2)
- Elder Exploitation (1)
- Elite Mortgage Relief (1)
- EMC Mortgage (1)
- Emmanuel Constant (1)
- England (2)
- Equity Skimming (1)
- equity-skimming scheme (2)
- Escrow Draud (1)
- Escrow Fraud (1)
- Exempt Market (1)
- Fake Pay Stubs (5)
- False Loan Appliacations (2)
- Falsifying Employment Info. (2)
- Fannie Mae (4)
- FBI (43)
- FBI Director Robert S. Mueller (1)
- FDIC Chairwoman (1)
- Federal Deposit Insurance Corp. (2)
- Federal Financial Institutions Examination Council (1)
- Federal Grand Jury (2)
- Federal Housing Administration (1)
- Federal Reserve (5)
- Federal-State Mortgage Fraud Strike Force (1)
- FHA (1)
- Fifth Third Bank (1)
- Financial Crimes Enforcement Network (2)
- Financial Elder Exploitation (1)
- Financial Fraud Enforcement Task Force (10)
- Financial Resources Mortgage (2)
- FinCEN (6)
- First Choice Investment and Loan LLC (1)
- First Loan Solution (1)
- Flagstone Partners Inc. (1)
- Flipper Nation (1)
- Flipping (31)
- Flipping Houses For Dummies (6)
- Florida (83)
- Foreclosure (66)
- Foreclosure Fraud (28)
- Foreclosure Rescue Scam (5)
- Foreclosure Self-Defense For Dummies (1)
- Forgery (7)
- Fort Wayne Title (1)
- Fraud for Commission (2)

- Fraud For Wall Street (2)
- Freddie Mac (5)
- FTC (6)
- Geoff Dutton (4)
- Georgia (44)
- Ginnie Mae (2)
- Global Loan Modification (1)
- GMAC (1)
- Goldman Sachs (2)
- grand jury (1)
- Grant Gondrezick (1)
- Great Lakes Broker Funding (1)
- GREFPAC (3)
- Greg Patten (1)
- Guardian Financial Group (1)
- Guilty Plea (15)
- Guyana (1)
- Handicap Exploitation (1)
- Hard Rock Hotel (1)
- Hawaii (2)
- Heaven Investments (1)
- Help4homeowners (1)
- Henry Paulson (1)
- Highest State Property Taxes (1)
- Home Builder Contractor (3)
- Home Rescue Corporation (1)
- Home Valuation Code of Conduct (1)
- Homemaxx Title & Escrow (1)
- Homeownership Preservation and Protection Act of 2007 (1)
- HOPE NOW Alliance (1)
- House-Flipping Scheme (1)
- Housing Crisis (1)
- Housing Discrimination (3)
- Housing Scam (1)
- HUD (4)
- Idaho (2)
- Identity Theft (10)
- Igor Olenicoff (1)
- III (1)
- Illinois (24)
- Immigation and Customs Enforcement (1)
- Inc. (6)
- Indiana (17)
- Indictment (2)
- Indy Mac Bank (1)
- IndyMac (3)
- Infinity Mortgage Solutions (1)
- Inman News (1)
- Interthinx (2)
- Investment Fraud (6)
- Iowa (2)
- Iron Gate Mortgage (1)
- IRS (2)
- IRS-Criminal Investigation (1)
- James Ragnauth (1)
- Jeff Testerman (4)
- John Conyers (1)

- John Paulson Hedge Fund (1)
- JPMorgan Chase (1)
- JPMorgan Chase & Co (1)
- JS Real Estate LLC (1)
- Judge Lance Ito (1)
- Kansas (3)
- Keystone Mortgage (1)
- Kickbacks (2)
- Landmark Equities Group (1)
- Larry Rubinoff (9)
- Las Vegas (3)
- Lawrence "Lee" Loomis (1)
- Lease Back at Closing (7)
- Legislation (32)
- Lend America (1)
- Lending (11)
- LendingTree (1)
- Leona Beldini (1)
- Leroy Steele Conspiracy (1)
- LexisNexis Mortgage Asset Research Institute. (2)
- LexisNexis Risk Solutions (1)
- Liberty Real Estate and Investment Company (1)
- Lindsay Hunter (1)
- Lindsey Hunter (1)
- Lira Financial (1)
- LLC (2)
- Loan Fraud (6)
- Loan Modification (2)
- Loan Modification Fraud (15)
- Loan Modification Myths (3)
- Loan Modifications (2)
- Loan Officer Fraud (5)
- Loomis Wealth Solutions (1)
- LOS ANGELES (1)
- Louisiana (3)
- Macomb Daily (1)
- Magic Jack (1)
- Mail fraud (9)
- Maine (1)
- Majors Financial Group (1)
- Manufacturered Housing (2)
- Mark Aloe (1)
- Martha Coakley (1)
- Maryland (18)
- Maryland Department of Labor (1)
- Massachusetts (14)
- Massachusetts Attorney General (1)
- Master Marketing Consultants (1)
- Matthew B. Pizzolato (1)
- Matthew Cox (13)
- Maxwell Holdings (1)
- Mayor Michael Bloomberg (1)
- Mergers & Acquisitions (1)
- Mergers and Acquisitions (1)
- Merrill Lynch (1)
- Messanine Finance LLc (1)
- Metropolitan Money Store (2)

- Miami (4)
- Michael Cox (1)
- Michigan (55)
- Michigan Attorney General (2)
- Michigan Credit Services Act (1)
- Michigan Employment Reinstatement Program (1)
- Mile High Monday (9)
- Millionaire Mindset (2)
- Minnesota (25)
- Mississippi (5)
- Missouri (22)
- Money Laundering (11)
- Mormons (1)
- Mortgage Asset Research Institute (3)
- Mortgage Bankers Association (9)
- Mortgage Broker (5)
- Mortgage Broker Registration (7)
- Mortgage E-Verify Act (1)
- Mortgage Elimination Scheme (1)
- Mortgage Elimination Schemes (1)
- Mortgage Fraud (392)
- Mortgage Fraud Protection (1)
- Mortgage Fraud Risk Report (1)
- Mortgage Fraud Scheme (97)
- Mortgage Fraud Task Force (2)
- Mortgage Loan Fraud (1)
- Mortgage Meltdown (43)
- Mortgage Modification Fraud Scheme (4)
- Mortgage Payment Reset (9)
- Mortgage Reform Laws (1)
- Mortgage Rescue Schemes (1)
- Mortgage-backed securities (1)
- Murder (1)
- Murder Trial (1)
- National Association of Realtors (1)
- National Consumer Law Center (1)
- National White Collar crime Center (1)
- Neil Barofsky (1)
- Net Bank (1)
- Networking (6)
- Nevada (14)
- New Century Financial (1)
- New Hampshire (2)
- New Jersey (20)
- New York (49)
- New York Yankees (1)
- NJ Division of Taxation (1)
- NJ State Auditor (1)
- NMLS (2)
- Noble Mortgage Company (1)
- North Carolina (10)
- Notary (1)
- NPRRA (2)
- Obstruction of Justice (1)
- Ocwen Financial Corporation (1)
- OFHEO (1)
- Ohio (27)

- Oklahoma (3)
- Old Dominion Financial Services Inc (1)
- Omni National Bank (4)
- Operation Cash Back (1)
- Operation Malicious Mortgage (1)
- Operation Stolen Dreams (2)
- Oregon (3)
- Organized Crime Drud Enforcement Task Force (1)
- Organized Crime Drug Enforcement Task Force (1)
- Other Web Sites (1)
- Pamela Gail Holder (1)
- Payment Doctors (1)
- Pennsylvania (14)
- Perjury (1)
- Personal (5)
- Philadelphia (6)
- Philadelphia Judge (1)
- Pizzolato Schemes (1)
- Planned Income Program (1)
- Platinum Concepts (1)
- PMC 2006 (2)
- Ponzi Scheme (29)
- Prayer/World Life Christian Center (1)
- Preacher (1)
- Predatory Lending (6)
- Premier Title & Abstract (1)
- Prestige Capital Corporation (1)
- Professional Title Express (1)
- Property Flipping Scheme (2)
- Proposed Regulations (1)
- Quicken Loans (3)
- Rachel Dollar (6)
- Racketeering (2)
- Ralph's Articles (4)
- RCMP (1)
- RE/MAX (1)
- Real Estate Agent (1)
- Real Estate Auctions (1)
- Real Estate Broker (4)
- Real Estate Fraud (286)
- Real Estate Investing (1)
- Real Estate Investment Fraud (1)
- Real Estate Meltdown (1)
- Real Estate Mortgage Lenders (1)
- REALTOR Safety (1)
- Realtors (7)
- RealtyTimes.com (3)
- Rebecca Hauck (13)
- redit Services Protection Act (1)
- REIPA (2)
- Reporters (1)
- Research (26)
- Retirement Investment Group (RIG) (1)
- reverse mortgage fraud (2)
- Reverse Mortgage Market (1)
- Rhode Island (2)
- Rick Dryer (1)

- Rick Sharga (1)
- RN Realty (1)
- Robert Penn (1)
- Rock Financial (2)
- Rocky Mountain Monday (2)
- Ross Pickard (1)
- Royal Mounted Canadian Police (1)
- Salt Lake Credit Union (1)
- San Diego (3)
- San Francisco (2)
- Sapphire Mortgage (1)
- SARS (2)
- Save My Home (1)
- Scannapieco Development Corporation (1)
- SEC (5)
- Secret Service (1)
- Securities and Exchange Commission (1)
- Sephardic Rabbis (1)
- Settlement (1)
- Sharon Restrepo (1)
- Sheila Bair (1)
- Sheriff's Sale (1)
- Sherley Title Services (1)
- Shire International Real Estate Investments Ltd. (1)
- Short Sale Fraud (4)
- Short Sale Mortgage Fraud (1)
- Short Sale Scam (5)
- Shrimp Boat (1)
- SIGTARP (1)
- Silent Second Mortgage (2)
- Slumlord (1)
- Smart Choice Realty (1)
- South Carolina (7)
- South Dakota (1)
- South Florida Management Group (1)
- Southern California (1)
- Southern Methodist University Law School (1)
- Southern Nevada Mortgage Fraud Task Force (1)
- Southwestern Title Company (1)
- Special Inspector General for the Troubled Asset Relief Program (1)
- Star Lending Mortgage (2)
- STAR POWER® Systems (5)
- State Foreclosure Prevention Working Group (2)
- Stephen Tyree (1)
- Stop Fraud Act (3)
- Straw Borrowers (4)
- Straw Buyer (50)
- Straw Seller (1)
- Subprime Mortgages (20)
- Summit County Mortgage Fraud Task Force (1)
- Sun Trust (1)
- Superior Investment Group (1)
- TARP (1)
- Tax Audit (1)
- Tax Evasion (3)
- Tax Fraud (2)
- Taylor (1)

- Technology (6)
- telecommunications fraud (1)
- Telemarketing Scheme (1)
- Tennessee (7)
- Texas (32)
- The Bank Secrecy Act (1)
- The Church of Jesus Christ of Latter-day Saints (1)
- The Columbus Dispatch (1)
- The Federal Crimes Enforcement Network (1)
- The Investors Edge University (2)
- Timothy Geithner (1)
- Tips (1)
- Title Insurance (5)
- Title/Appraisal Vendor Management Association (1)
- Todd Leary (1)
- Toxic Mortgage Debts (1)
- Trends (9)
- TRF Holdings (1)
- Trial (9)
- Troubled Asset Relief Program (3)
- Troy A. Titus (1)
- U S Treasury Department (1)
- U.S. Mortgage Corp. (1)
- U.S. Postal Inspection Service (3)
- Ukraine (1)
- Uncategorized (126)
- United Law group (1)
- Unlimited Expectations LLC (1)
- Unlimited Properties (1)
- US Bancorp (1)
- US Congress (1)
- USA Commercial Mortage Company (1)
- USB (1)
- Utah (16)
- ValuEstimators Inc. (1)
- Verification of Rent (1)
- Vermont (1)
- VIKTOR KOBZAR (1)
- Virginia (14)
- Virtual Real Estate Fraud (1)
- Voo Doo Shrine (1)
- W. Greg Sugg (1)
- Wagner Homes (1)
- Washington (9)
- Washington D.C. (4)
- Washington Mutual (3)
- Washington Mutual Bank (1)
- Watergate (1)
- Wayne County Register of Deeds Office (4)
- Wells Fargo (4)
- Wire Fraud (10)
- Wisconsin (5)
- Witness Tampering (3)

## Search

Search



**Ralph's Latest Book:**                    Click Above for Info

News Tips: Know something we should be reporting? Tell us.

Submit News Tip

August 2010

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Jul

 Click Above for Info

**Recent comments**

- artis bell on California State Bar Authorities Go After Deceptive Attorneys Who Promote Loan Modification Schemes
- IAI Don Burnham Victim on Don Burnham: Good Seed or Bad Apple?
- IAI Don Burnham Victim on Don Burnham: Good Seed or Bad Apple?
- Carrie desrand on Is Armando Montelongo a Real Estate Guru?
- NeoneeAmign on Cancer In The Floorboards
- Shelley on Jeanetta Standefor Sentenced to 12 Years in Federal Prison for Real Estate Fraud
- Mike Narula on Flippin' Funny!
- Sherry on Is Armando Montelongo a Real Estate Guru?
- Sherry on Is Armando Montelongo a Real Estate Guru?
- Valerie Lopez on Countrywide and Loan Officer Fraud
- on Five Charged with Wisconsin Mortgage Fraud
- hobby on Update: California Mortgage Company Owner Sentenced for Real Estate Fraud
- hobby on Update: California Mortgage Company Owner Sentenced for Real Estate Fraud
- me on Five await sentencing after guilty pleas in Upstate mortgage fraud scheme
- satan on Five await sentencing after guilty pleas in Upstate mortgage fraud scheme

- RGirl on Benjamin Osmanson and Jillian Protzman Indicted for $26 Million Mortgage Fraud Scam
- joe on Update: California Mortgage Company Owner Sentenced for Real Estate Fraud
- Shane Losama on South Carolina Mortgage Fraud Targets Homeowners At Risk Of Foreclosure
- so cal on Is Armando Montelongo a Real Estate Guru?
- Jill on Benjamin Osmanson and Jillian Protzman Indicted for $26 Million Mortgage Fraud Scam
- Grateful on Is Armando Montelongo a Real Estate Guru?
- Oskar Fiere on Is Armando Montelongo a Real Estate Guru?
- on Benjamin Osmanson and Jillian Protzman Indicted for $26 Million Mortgage Fraud Scam
- Ben Johnson on Benjamin Osmanson and Jillian Protzman Indicted for $26 Million Mortgage Fraud Scam
- Lucinda on Is Armando Montelongo a Real Estate Guru?
- Found It on S. Holland, Michigan man, 6 others accused in $16M loan scam
- dupedbydelroy on Real Estate Fraud and the Real Estate Investor: Banks can be victims too!
- Agnes on Michigan Woman Victim Of Mortgage Loan Scam
- John on Is Armando Montelongo a Real Estate Guru?
- on Is Armando Montelongo a Real Estate Guru?

 The FBI Investigates Mortgage Fraud!

## Recent posts

- Guilty Pleas In 1 Of County's Largest Mortgage-Fraud Cases
- Eight Charged in Real Estate Investment Fraud Scheme
- Two in Miami Convicted in $21 Million Dollar Mortgage Scam
- Mortgage Fraud Indictments Against 13 Oahu Residents Unsealed
- Wisconsin Mortgage Broker Receives 51-Month Prison Sentence
- Four, including former lawyer, charged in mortgage fraud scheme
- Former Cape officer last to be sentenced in mortgage fraud scheme
- Minneapolis Pair Plead Guilty to $2.5 Million Mortgage Fraud Scam
- Two Miami area women sentenced for mortgage fraud
- Neighbors are the real victims of mortgage schemes
- Phoenix Banks Do Little To Help Victims Of Mortgage Fraud
- State repays mortgage fraud victims
- Las Vegas home builder indicted in mortgage fraud case
- Credit History Fraud Alleged in $3 Million Lee's Summit Mortgage Scheme
- Atlanta Man Sentenced to Prison for Fraud Related to Failed Omni National Bank
- Annapolis Woman Indicted in Real Estate and Business Loan Fraud Scheme
- Largest mortgage fraud case in the country: $100 Million
- Michigan Pair Join 10 Charged with Foreclosure-Rescue Scam
- Detroit area businesses, individuals caught in foreclosure rescue scam sting
- Three Charged With Participating in Connecticut Mortgage Fraud Conspiracy
- GOP lawyer Steve Stoll under inquiry by Florida Bar
- Mortgage Fraud: New Schemes Emerge
- Georgia Woman Imprisoned for 18 Months for Mortgage Fraud
- S. Holland, Michigan man, 6 others accused in $16M loan scam
- A $200 Million Mortgage Scheme
- Seven More Defendants Sentenced for $12.6 Million Mortgage Fraud Scheme
- Seven Defendants Indicted in Alleged $35 Million Mortgage Fraud Scheme
- Miami Man Charged in Palm Beach Mortgage Fraud Scam
- Beltsville Leader in Mortgage Fraud Scheme Sentenced to Over Four Years in Prison

- Minnesota mortgage broker pleads guilty in $20 million mortgage fraud scheme

## Archives

- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- June 2009
- April 2009
- March 2009
- February 2009
- January 2009
- December 2008
- November 2008
- October 2008
- September 2008
- August 2008
- July 2008
- June 2008
- May 2008
- April 2008
- March 2008
- February 2008
- January 2008
- December 2007
- November 2007
- October 2007
- September 2007
- August 2007
- July 2007
- June 2007
- May 2007
- April 2007
- March 2007
- February 2007
- January 2007
- December 2006
- November 2006
- October 2006
- September 2006
- August 2006
- July 2006
- June 2006
- May 2006
- April 2006
- March 2006
- February 2006
- January 2006

# August 6, 2010

### Las Vegas home builder indicted in mortgage fraud case

July 29–A Las Vegas home builder was indicted Wednesday after federal authorities accused him of arranging to sell his houses at inflated prices as part of a scheme to "kick back" money from mortgage loans to buyers and their associates.

Paul Wagner, owner of Wagner Homes, was one of 123 defendants who were charged, convicted or sentenced in Las Vegas during Operation Stolen Dreams. The nationwide initiative, which began March 1, was a collective enforcement effort aimed at confronting mortgage fraud.

Wagner was the only builder who was prosecuted in Las Vegas as part of Operation Stolen Dreams.

Natalie Collins, a spokeswoman for the U.S. attorney's office, said Wagner previously was charged in a criminal complaint with one count of conspiracy. The federal indictment replaces the complaint.

The indictment charges Wagner with conspiracy, six counts of bank fraud and three counts of wire fraud. Collins said prosecutors also are seeking the forfeiture of $2.7 million.

A summons was issued for Wagner, who is free on his own recognizance. He is scheduled to appear for an arraignment on Aug. 13 before U.S. Magistrate Judge George Foley Jr.

Wagner's attorney, John Momot Jr., could not be reached for comment Wednesday.

According to the indictment, Wagner conspired to commit bank fraud and wire fraud from about 2007 to about 2009.

"It was part of the conspiracy that the defendant, a home builder, arranged to sell his houses at inflated prices in order to fraudulently kick back large amounts of money from the mortgage loan to the buyers and those working with the buyers as incentives for them to buy houses," the indictment alleges.

The conspiracy involved nine Las Vegas houses, according to the document.

Michael Rawlins, a special agent with the FBI, participated in the investigation of Wagner and prepared an affidavit for the criminal complaint. Rawlins wrote the following in his affidavit:

"The investigation has disclosed that from 2005 to 2009 Wagner sold more than 100 homes, and that almost every home is either in foreclosure, or has already been foreclosed upon by the victim lender."

By Carri Geer Thevenot

Posted By: Ralph Roberts @ 1:25 am | | Comments (0) | Trackback |
Filed under: Home Builder Contractor, Kickbacks, Las Vegas, Mortgage Fraud Scheme, Nevada, Operation Stolen Dreams, Wagner Homes

## July 14, 2010

### Former Las Vegas Resident Pleads Guilty to Committing Mortgage Fraud in Nevada

LAS VEGAS—A former Las Vegas resident has pleaded guilty to conspiracy for his involvement in a Nevada mortgage fraud scheme involving straw buyers and falsified mortgage loan documents, announced Daniel G. Bogden, United States Attorney for the District of Nevada.

Brian K. Jackson, 38, currently of Anaheim, California, pleaded guilty on Friday, July 9, 2010, before U.S. District Judge James C. Mahan to conspiracy to commit mail fraud, wire fraud, and bank fraud and is scheduled for sentencing on October 8, 2010, at 10:00 a.m. Jackson was indicted by the Federal Grand Jury in Las Vegas on October 21, 2009. He faces up to 30 years in prison and a $1,000,000 fine.

From about 2002 to May 14, 2008, Jackson, owner of Unlimited Properties, a now-revoked Nevada limited liability corporation, participated in a conspiracy to submit mortgage loan applications to financial institutions to finance straw buyer real estate purchases in Nevada. Jackson recruited and caused to be recruited straw buyers to purchase properties on behalf of the members of the conspiracy. The loans were processed through Sapphire Mortgage, located in Henderson, Nevada. Jackson caused false and fraudulent information to be placed in the straw buyers' mortgage loan applications concerning their employment, income, assets, intent to occupy property, etc. Jackson caused the same home to be purchased multiple times by different straw buyers at ever increasing prices, and caused the "equity" to be diverted to himself or his company. Jackson also placed renters in the properties and caused the mortgages to default.

The plea agreement states that Jackson caused fraudulent loan applications to be sent to financial institutions to fund mortgage loans for the purchase of a home at 2061 Scenic Sunrise Drive in Las Vegas. Between March 2002 and late 2004, Jackson twice orchestrated the sale of the property using two straw buyers and the placement of false information in their loan applications. In June 2004, Jackson also orchestrated the sale of the Scenic Sunrise property to himself, and falsely stated in his loan application that he intended to reside in the property when he knew he did not. During this period, Jackson also leased the Scenic Sunrise property to another individual and accepted money from the individual as guarantee that he would purchase it in the future, even though Jackson knew that the property at the time was owned by the first straw buyer and was in the process of being sold to the second straw buyer. As a result of the fraud, the financial institutions suffered a loss of approximately $111,103.

In May 2008, the owner of Sapphire Mortgage, Cindy Birkland, was arrested and charged in state court in Las Vegas with mortgage fraud related offenses.

This investigation is being led by IRS Criminal Investigation and the FBI, and other agencies of the Southern Nevada Mortgage Fraud Task Force, including the Las Vegas Metropolitan Police Department, Office of the Inspector General for the Social Security Administration, Office of the Inspector General for the Department of Housing and Urban Development, the U.S. Postal Inspection Service, and the U.S. Secret Service. The case is being prosecuted by Assistant United States Attorney Brian Pugh.

Persons who have information concerning potential mortgage fraud may contact the Southern Nevada Mortgage Fraud Hotline at (702) 584-5555.

Posted By: Ralph Roberts @ 12:13 am | | Comments (0) | Trackback |
Filed under: Mortgage Fraud Scheme, Nevada, Sapphire Mortgage, Southern Nevada Mortgage Fraud Task Force, Straw Buyer, Unlimited Properties

# February 22, 2010

## Indictments Announced in Mortgage Rescue Scam

Nevada Attorney General Catherine Cortez Masto has announced the indictment of Jeffery Tye Brown, 50, of Henderson, on charges of four felony counts of theft and one felony count of forgery in connection with the operation of DB Financial Services, a foreclosure rescue business located in Henderson.

The State alleges Brown misled customers into believing that, for a fee, he would guarantee resolution of a victim's pending mortgage foreclosure.

"My mortgage fraud task force is aggressively prosecuting loan modification scams," said Masto. "Scammers should know we will use all our resources to extradite, indict and convict you if you attempt to perpetrate these schemes upon Nevada's consumers."

The indictment alleges that between December 2007 and February 2008, Brown contacted victims whose homes were going into foreclosure and obtained advance payments of $999 for foreclosure rescue services that he never performed.

He failed to give refunds despite promising refunds in his contracts and advertising. He also allegedly

forged documents to the Mortgage Lending Division to cover up the criminal activity.

Shortly after execution of a search warrant on the DB Financial offices in 2008 by the Attorney General's mortgage fraud task force, Brown fled the country.

He has been extradited back to the U.S. from the Philippines, where he was in hiding to evade authorities.

A District Court arraignment has been scheduled for Feb. 25 in the Lower Level Arraignment Court of the Las Vegas District Court.

The indictment is not a determination of guilt or innocence but is just a finding of probable cause that a crime was committed. The Defendant is presumed innocent until proven guilty.

Anyone who has information regarding this case should contact the Attorney General's Office at 702-486-3777 in Las Vegas or 775-684-1180 in Carson City.

Posted By: Ralph Roberts @ 10:09 pm I I Comments (0) I Trackback I
Filed under: Mortgage Fraud Scheme, Nevada

# August 14, 2008

## Mortgage Fraud Statistics

According to the Federal Bureau of Investigation (FBI), which earlier today issued yet another Mortgage Fraud Advisory, here are the latest Real Estate Fraud statistics:

- **Estimated Annual Losses**: $4 billion to $6 billion

- **Total Mortgage Fraud Suspicious Activity Reports in Fiscal Year 2007**: 46,717, with $813 million in losses

- **Total FBI Mortgage Fraud Task Forces/Working Groups** (June 2008): 42

- **Pending FBI Mortgage Fraud Investigations** (May 2008): 1,380

- **Cases opened in Fiscal Year 2007**: 462 (compared to 295 in Fiscal Year 2003)

- **Successes in Fiscal Year 2007**: 321 indictments/informations; 260 convictions

- **States with Significant Mortgage Fraud problems in 2008**:

  1. Florida
  2. Nevada
  3. Michigan
  4. California
  5. Utah
  6. Georgia
  7. Virginia
  8. Illinois
  9. New York
  10. Minnesota

Posted By: Ralph Roberts @ 11:55 pm I I Comments (2) I Trackback I
Filed under: California, FBI, Florida, Georgia, Illinois, Michigan, Minnesota, Nevada, New York, Real Estate Fraud, Research, Utah, Virginia

# July 15, 2008

## Real Estate Industry Professionals Plead Guilty In Nevada Mortgage Fraud Case

Five people–including a licensed real estate broker, a mortgage loan processor, and a licensed mortgage agent–have been charged and entered guilty pleas in a Las Vegas mortgage fraud scheme that federal government say caused over $17 million in losses to federally-insured banks. As previously reported here on FlippingFrenzy.com, **Eve Mazzarella**, a Las Vegas REALTOR® who ironically was named by *REALTOR® Magazine* in 2007 to it's "Top 30 Under 30" list, her husband–**Steven Grimm**–and four other loan officers and mortgage brokers are currently awaiting trial on federal conspiracy and fraud charges for their alleged role in the scheme, which involved straw buyers, fraudulent mortgage loan applications, and shell companies.

- **Daicy Vargas**, 23, of Las Vegas, pleaded guilty to one count of misprision of a felony, admitting that from about November 2005 to 2007, she assisted Steven Grimm in the diversion of the illicit proceeds of the fraud and failing to report the fraud as soon as possible to appropriate authorities.

- **Benjamin Labee**, 27, a mortgage loan processor, and his wife, **Shauna Labee**, a.k.a. **Shauna Dyphibane**, a licensed mortgage agent in Nevada, both of Salt Lake City, Utah, pleaded guilty to one count of conspiracy.

- The Labees admitted that from about April 1 to December 31, 2006, they conspired with Steven Grimm to recruit straw buyers to pose as property purchasers and that they placed false information in loan applications which allowed straw buyers to qualify for loans for which they would not have otherwise qualified.

- **Craig Christians**, 39, a licensed Nevada real estate broker in Las Vegas, pleaded guilty to one count of misprision of a felony. Christians admitted that from about January 1, 2006, to March 12, 2008, he allowed his company, **Western Pacific Funding**, to be used as a conduit for the fraud.

- **Robert Samora**, 41, of Las Vegas and a licensed Nevada mortgage agent, pleaded guilty to one count of money laundering. Samora admitted that from about 2006 to 2007, he assisted Grimm by diverting illicit proceeds of the mortgage fraud scheme, namely loan officer commissions, to Grimm.

Led by **Steven Grimm and Eve Mazarrella**, the scheme allegedly included an astonishing 432 straw buyer transactions involving more than 225 properties with a total purchase price of over $107 million. Grimm and Mazzarella defaulted on mortgage payments on many of the loans which not surprisingly caused the properties to go into foreclosure. At least 143 of the approximately 225 properties purchased by the defendants are in default causing losses to the banks estimated at more than $17 million.

Posted By: Ralph Roberts @ 10:48 pm | | Comments (0) | Trackback |
Filed under: Mortgage Fraud, Nevada, Real Estate Fraud

# June 14, 2008

## May 2008 Foreclosure Statistics

More Americans are facing foreclosure than at any other time in recent memory. According to the May 2008 U.S. Foreclosure Market Report™ from RealtyTrac, foreclosure filings (i.e., default notices, auction sale notices, and bank repossessions), were reported on 261,255 properties during the month of May, which translated into a 7% increase over April and a 48% increase from May 2007. The report also shows one (1) in every 483 U.S. households received a foreclosure filing during the month of May, the highest monthly foreclosure rate since RealtyTrac began issuing its report in 2005.

### Nevada, California, and Arizona post top state foreclosure rates

With one in every 118 households receiving a foreclosure filing in May, **Nevada** posted the highest state foreclosure rate for the 17th consecutive month. Foreclosure filings were reported on a total of 9,009 Nevada properties, an

increase of nearly 24% from the previous month and a 72% increase from May 2007.

**California's foreclosure activity in May** increased 11% from the previous month and 81% from May 2007, helping the state continue to register the nation's second highest state foreclosure rate. One (1) in every 183 California households received a foreclosure filing during the month of May, a rate that was 2.6 times the national average.

**Arizona's May foreclosure rate** — 1 in every 201 households received a foreclosure filing during the month — ranked third highest in the U.S. for the second month in a row. Arizona's foreclosure activity increased nearly 12% from the previous month and almost 119% from May 2007.

One in every 228 **Florida** households received a foreclosure filing in May, giving it the fourth highest foreclosure rate in the country. Michigan foreclosure activity in May increased nearly 25% from the previous month, helping the state's foreclosure rate to jump to fifth highest in the country after ranking No. 9 the previous month. One in every 353 Michigan households received a foreclosure filing in May.

Other states with foreclosure rates ranking among the top 10 for the month of May were **Georgia**, **Colorado**, **Massachusetts**, **Ohio** and **New Jersey**.

Detailed state-by-state data is available here.

For the second month in a row, **California** and **Florida** cities accounted for nine out of the **top 10 metropolitan foreclosure rates** among the 230 metropolitan areas tracked in the report. Seven cities in California were in the top 10, led by Stockton in the top spot. **One in every 75 Stockton area households received a foreclosure filing in May**– more than six times the national average. Other California cities in the top 10 were Merced at No. 3, Modesto at No. 4, Riverside-San Bernardino at No. 5, Vallejo-Fairfield at No. 7, Bakersfield at No. 8, and Sacramento at No. 9.

The **Cape Coral-Fort Myers metro area** in Florida registered the second highest metro foreclosure rate in May, with one in every 79 households receiving a foreclosure filing during the month. The other Florida metro area in the top 10 was Port Lucie-Fort Pierce at No. 10.

Las Vegas was the only city outside of California and Florida with a foreclosure rate ranking among the top 10. **One in every 96 Las Vegas households received a foreclosure filing in May**, more than five times the national average and No. 6 among the metro areas.

Metro areas with foreclosure rates among the top 20 included **Phoenix** at No. 12, **Detroit** at No. 14, **San Diego** at No. 17 and **Miami** at No. 19.

Next up: Speculation about when the slide will end / have we seen the worst of the worst. Weighing in on the topic is Joe G. Henry of Long & Foster-affiliated W.C & A.N Miller Realtors in Virginia (comment found on ForeclosurePulse):

> *Defendable recovery will be 2011 due to the highest volume of ARM resets occurring in June 2008 and the typical foreclosure process lasts 12 months from Notice of Default, Notice of Trustee Sale, Foreclosure Auction, then seasoning to a Bank Owned (REO) — plus a 15-18 month housing inventory. Moreover, for every one bank-owned listing in Fairfax County, we have three short sales, which 80 percent of these will actually be foreclosed. There are three crisis response talking points concerning this scenario: (1) added liquidity; (2) mark down distressed assets; and (3) act now.*

**What's your take?** Do you agree with Joe G. Henry or do you have a theory of your own?

Posted By: Ralph Roberts @ 5:15 pm | | Comments (4) | Trackback |
Filed under: Arizona, California, Florida, Foreclosure, Georgia, Massachusetts, Michigan, Nevada, New Jersey, Ohio, Texas, Uncategorized

# June 12, 2008